# IN THE UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

**APR 08 2020**

David J. Bradley, Clerk of Court

## LARRY D. FORD

### Plaintiff

4: 20 - CV - 63

### vs

## AMERICAN HOMES FOR RENT

### Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

**LARRY D. FORD**

**Plaintiff**

Civil Action No. _____

**vs**

**AMERICAN HOMES FOR RENT**

**JURY DEMAND**

**Defendant**

## PLAINTIFF ORIGINAL COMPLAINT

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LARRY D. FORD, PLAINTIFF in the above-styled and numbered

cause, complaining of Defendant, AMERICAN HOMES FOR RENT, and in

support thereof would respectfully show unto this Honorable Court the

following: Plaintiff alleges that, Defendant AMERICAN HOMES FOR RENT,

(See exhibit F) has aided in the deliberate leasing of "HOMES FOR RENT"

constructed in the Werrington I Sub Division solely for the purpose of

renting and placing these properties adjacent to homes of property owners

birthing a nightmare of physical violence, drugs, and gun violence.

We are senior citizens. There has been gross DECEPTIVE TRADE

AND CONSUMER FRAUD.  **(See EXHIBITS A-F).**

## I DEFENDANT

1.1      **AMERICAN HOMES FOR RENT** is a California Corporation whose registered

office is located in California at 30601 Agoura Rd #200, Agoura Hills, CA

91301.

Defendant may be served with process by serving its agent Mark J. Levine at

11 Greenway Plaza, Ste 1400, Houston, Tex.  77046.

## II. DISCOVERY

2.1      Pursuant to Tex. R. Civ. P. 190.3, discovery is intended to be conducted

under a Level 3 discovery control plan.

TEXAS DECEPTIVE TRADE PRACTICES - CONSUMER

PROTECTION ACT, Tex. Bus. & Com. Code Ann. § 17.41, et seq. ("DTPA"),

alleges that Defendant has engaged in false, misleading, or deceptive acts

or practices in the conduct of trade and commerce as defined in, and

declared unlawful by, DTPA sections 17.46(a) and (b).

2.2      Plaintiff seeks to enjoin Defendant from further violations of the

provisions of the DTPA, pursuant to DTPA § 17.47(a).

2.3      Plaintiff seeks civil penalties in the amount of $25,000,000.00 for each act

or practice calculated to acquire or deprive money or other property from a

consumer in violation of the DTPA, pursuant to DTPA § 17.47(c)(1). In

addition, Plaintiff seeks civil penalties minimum $25,000,000.00  for each

act or practice calculated to acquire or deprive money or other property

from a consumer aged 65 years or older when the act or practice occurred,

pursuant to section 17.47(c)(2).

**2.4**     Plaintiff seeks reasonable attorney's fees and court costs for prosecuting

this action, as authorized by Texas Government Code § 402.006(c).

## III VENUE

**3.1**      A) **AMERICAN HOMES FOR RENT**:

This Court has jurisdiction over the lawsuit under 28 U.S.C. § 1332(a)(1), as

the Plaintiffs and the Defendant are citizens of different states and the amount

in controversy exceeds $75,000, excluding interest and costs.

Venue lies in Harris County, Texas for the following reasons: Defendant

is doing business in Harris County. See  Tex. Bus. & COM. CODE §

17.47(b).The Defendant's principal place of business is in Harris County

Tex.Bus. & Com. Code §  15.002(3).

## IV  WERRINGTON I SUBDIVISION

**4.1**     Defendant has caused injury, loss and damage to the Werrington I Subdivision

and has caused adverse effects to legitimate business enterprises, which lawfully

conduct trade and commerce in the State of Texas. This proceeding is in the

best interest of the plaintiff as well other Werrington I Sub Division Home

and Property  Owners in accordance with DTPA § 17.47(a).

**4.2**    Pursuant to Texas law, it is illegal to take advantage of the elderly property

owners and home owners. **See Exhibits (A,B, C)**

1) Loss of home sentimental values

2) Children, Grand Children, Great Grand Children have extreme fears of

    visiting 3527 Maris Way.

3) Over ten years of life investment lost (3527 Maris Way)

4) Over ten years of home maintenance expenditures, property and property

    taxes lost.

5) Lost of safe haven and care giving home (3527 Maris Way) for immobile

    parent (87 years old - DESEASED).

6) Legend Homes Corporation is in violation of the FAIR TRADE ACT.

7) Legend Homes Corporation is in violation the FAIR HOUSING ACT.

8) Werrington Home Owners Association is in violation of the TEXAS FAIR

    HOUSING ACT.

9) Werrington Home Owners Association is in violation of the FEDERAL

    DECEPTIVE TRADE ACT.

10) Triton New Homes For Rent is in violation of the TEXAS FAIR TRADE

    ACT.

11) Triton New Homes For Rent is in violation of the FEDERAL FAIR

    HOUSING ACT.

12) Triton New Homes For Rent routinely rent homes to transient murderers, violent tenants (neighbors) etc.

13) (Familiar to Landlords) Law Enforcement is constantly arresting murderers, drug dealers and boisterous tenants.

14) Spectrum Association Management has a history of renting to violent criminals and drug dealers.

15) Spectrum Association Management is committed to a very minimum of deed restrictions. **See Exhibits A,B,C**

16) American Homes For Rent leases to violent inconsiderate tenants.

17) American Homes For Rent leases to known violent tenants with criminals histories.

18) **American Homes for Rent** (Invitation Homes, SRP SUB LLC, Waypoint Homes) knowingly lease to tenants engaging in gun violence as well an abundance of subleasing categorically promoting over crowded parking (8-10 vehicles per rental home).

19) **American Homes for Rent** (Invitation Homes, SRP SUB LLC, Waypoint Homes) leases to known offenders of the law and constant violators of the Werrington Home Owners Deed Restrictions **See Exhibits A, B, C**

20) Werrington Home Owners Association is in direct conflict to the term 'HOME OWNERS' deed restrictions. There is less than ten percent HOME OWNERS living in the Werrington 1 Subdivision

the remaining are Home Rentals **(See Exhibit A).**

21) Law Enforcement are notified regularly concerning firearms and drugs possession by 'ACROSS THE STREET' tenants.

22) Spectrum Association Management has exhibited  minimum to no enforcement of DEED RESTRICTIONS (See Exhibits, **A,B,C,D,E).**

23) Current Land Lords are constantly promoting unacceptable living conditions by leasing and placing derogatory tenants adjacent to HOME OWNERS.

24) Legend Homes Corporation, Blackstone Group, Spectrum Association Management and American Homes For Rent, are responsible for the last ten years medical bills precipitating from fear, violent neighbors, and over ten years of unsafe, violent living conditions created by  LAND LORDS and tenants.

25) Over ten year of home and property depreciation.

## V TRADE AND COMMERCE

**5.1**   Defendant has, at all times described below, engaged in conduct constituting" trade" and "commerce," as those terms are defined in section 17.45(6) of the DTPA.

## VI. ACTS OF AGENTS

**6.1**   When it is alleged that Defendant did any act, it is meant that Defendant

performed or participated in such act or thing, or Defendant's officers,

agents or employees performed or participated the act or thing and were

authorized to do so by Defendant.

## VII. STATEMENT OF FACTS

**7.1**   On or about December 8, plaintiff entered an agreement to purchase a new

home in Werrington  Subdivision I, built by Legend Classic Home Builder.

Dave Groves an agent of the defendant, Werrington Interest LTD described

to the plaintiff a single home owner subdivision; quiet and occupied by home

owners only. The plaintiff was sold the property as an "Excellent retirement

community" with home owners and property owners subjected to very

stringent HOA rules.  **See Exhibit C.**

As early as 2010 'NEW HOMES FOR RENT ensued followed by congested

parking, violence, drug raids, law enforcement intervention, and transient

home renters moving in and out monthly and yearly.  The circumstances

should be construed as deceptive, fraud, and dangerous to senior citizens

(plaintiff).

# VIII. INJURY TO PLAINTIFF

## Werrington Subdivision – Lot 17, Block 2. Setion 1

**8.1**   Defendant' acts and practices were unlawful and have caused harm to

plaintiff. **See Exhibits A,B,C,D, E, F**

**8.2**   **TEXAS FAIR HOUSING ACT –**

Texas Deceptive Trade Practices – Consumer Protection Act

PROPERTY CODE: TITLE 15. Fair Housing Practices:  Chapter 301.

TEXAS FAIR HOUSINT ACT: SUB-CHAPTER A. TITLE PURPOSE,

AND DEFINITIONS; Sec. 301.001.  SHORT TITLE.  This chapter may

be cited as the Texas Fair Housing Act.  Added by Acts 1993.

**Texas Deceptive Trade Practices-Consumer Protection Act**


**8.3**   **LEGEND HOMES CORPORATION – THE SELLER**

The construction of the Home is also subject to any changes in plans,

specifications, materials, fixtures or methods as are required by federal,

state or local government authority, as well as inconsequential adjustments

to the plans and specifications by Seller that do no affect the fair market

value of the Property or the Home.

## IX  DISGORGEMENT

**9.1**  Defendant' assets are subject to the equitable remedy of disgorgement. Defendant should be ordered to disgorge all monies fraudulently taken from plaintiff, together with all of the proceeds, profits, income, interest and accessions thereto. Such disgorgement  should be for the plaintiff and other victimized Werrington I Subdivision home owners.

## X. TRIAL

**10.1**  Plaintiff herein requests a jury trial and tenders the jury fee to the Harris County District Clerk's office pursuant to Tex. R. Civ. P. 216 and IHX. GOV'T. CODE ANN. §51.604.

## XI. PRAYER

**11.1**  WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited according to law to appear and answer herein; that after due notice and hearing, a TEMPORARY INJUNCTION be issued; and that after due notice and trial, a PERMANENT INJUNCTION be issued.  Plaintiff prays that the Court will issue an ORDER enjoining Defendant, its officers, agents, servants, employees, and any other person in active concert or participation with Defendant from the following:

A.    Taking advantage of any senior purchasing or currently residing in

Werrington I Subdivision by the Government's Deceptive Trade Code, by

advertising, offering for sale, or selling homes or other necessities among a

majority HOME RENTALS.

B.    Violating any regulation, proclamation, declaration

pursuant to fair housing practices.

C.    Transferring, concealing, destroying, or removing from the jurisdiction of

this Court any books, records, documents, or other written or computer-

generated materials relating to Defendant' business currently or hereafter

in Defendant's possession, custody, or control except in response to further

orders or subpoenas in this cause.

D.    Advertising LEGEND CLASSIS HOMES et. al with intent not to sell them

as advertised, but as NEW HOME FOR RENT in an already established

subdivision including, but not limited to, advertising homes for sale but

negotiating the homes as new homes for rent.

**11.2**    Further requests that this Court award damages and restitution of

monies in the amount no less than $25,000,000.00.

B.     Civil monetary penalties per violation of the DTPA, when the act or practice that acquired or deprived money or other property from consumers who were 65 years of age or older when the act or practice occurred, pursuant to DTPA § 17.47(c)(2);

C.     Pre-judgment and post-judgment interest on all awards of restitution, damages, or civil penalties, as provided by law;

D.     All costs of Court, costs of investigation, and reasonable attorney's fees pursuant to Texas Government Code § 402.006(c).

**11.3**     Plaintiff prays for all further relief, at law or inequity, to which it is justly entitled.

**Respectfully Submitted,**

**Larry D. Ford**
**3527 Maris Way**
**Humble, Tx  77338**
**281-636-0317**

# EXHIBIT A

## Homeowner Complaint

Larry and Barbara Ford
3527 Maris Way
Humble, Texas  77338

281-636-0317

## FINAL NOTICE

Spectrum AM Management
Waypoint Management
Invitation Management












24 hrs truck on lawn 3527 Maris Way          Two trucks in front of 3527 Maris Way

Spectrum Management, Waypoint Management, and Invitation Management have by inaction and lack of enforcement allowed the one tenant at **3526** Maris Way, Humble, Texas, 77338 to abuse and deface our private property by continuing to park his flatbed truck in front of our property. He repeats that no one can tell him where to park his flatbed truck (AAA). Please see photos.

Over the past 1.5 years these management entities ( Spectrum AM et al)have done nothing to discourage this and other tenants from parking their vehicles directly in front of our home and leaving them for days. (Please come by and observe for yourself.) Our lawn is our pride and joy as well as our home).  It is common knowledge that these flatbed trucks and vehicles would never be tolerated parking in front of homes in a white middle class subdivision.

 We are 65 years of age, USA citizens and retired.  We are afraid most of the times.  Having had guns pointed at us (by prior tenants and current tenants both living at **3526** Maris Way) then firing their guns into the ground; there are records of 911 calls and police presence.  We will have no other choice if your tenants continue to disrespect our property than to legally request 4.3 million dollars for pain, suffering, depreciation and relocation.   We have lived at 3527 over 13 years.   These confrontations from **3526** Maris have been ongoing for nearly four years.  There seems to be no communication between HOA, property management and the tenants of 3526 Maris Way, Humble Texas, 77338.  Please investigate.  There is a flow of ten or more vehicles at this **3526** Maris Way location; overnights and for long periods of time. (Does HOA SPECTRUM AM care?)

Sincerely,
Larry and Barbara Ford

281-636-0317


Werrington Homeowners Association Inc
Spectrum Association Management
Kathyrn Crow – Site Manager
16690 Park Row Dr.
Houston, Tx  77084
contact@spectrumam.com
kcrow@spectrumam.com
Kathyrn Crow
281-343-9178


Spectrum Association Mgmt LP
1001 S. Dairy Ashford Rd #  380
281-343-9178


Invitation Homes
3730 Kirby Dr. Suite 104
Houston, Tx  77098
866-990-2441


Waypoint Homes
5507 Louetta Rd. Suite C
Spring, Texas  77379
residents@waypointhomes.com


Waypoint Homes
9305 E Via de Ventura Suite 201
Scottsdale, AZ  85258-7807
residents@waypointhomes.com


SRP SUB LLC
1717 Main St. STE  2000
Dallas Tx  75201-4057


SRP SUB LLC
8665 E Hartford Drive
Scottsdale AZ  85255-7807

CAH 2015-1 Borrower LLC
8665 E. Hartford Dr. Ste 200
Scottsdale, AZ, 85255-7807


**Texas Realtor Association**
info@texasrealtors.com
1115 San Jacinto Blvd. Ste 200
Austin,  TX  78701-1906
512-480-8200


TEXAS APARTMENT ASSOCIATIONM
ATTN: CHRIS NEWTON
EXECUTIVE VICE PRESIDENT
chris@taa.org

Texas Apartment Association
1011 San Jacinto Blvd., Suite 600
Phone: 512-479-6252
FAX  512-479-6291


FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington,  DC  20580
202-326-2222


CONSTITUTION CENTER
FEDERAL TRADE COMMISSION
400 7TH ST. SW
Washington, DC  20024
202-326-2222


HUD
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 7TH STREET S.W.
WASHINGTON, C  20410
202-708-1112

WAYPOINT HOMES
ATTN: FREDERICK C TUOMI
8665 E HARTFORD DRIVE
SCOTTSDALE, AZ  85255
480-800-3300

1-855-224-5484


WAYPOINT HOMES
5517 LOUETTA RD #B
SPRING, TX  77379
832-559-8583

WAYPOINT HOMES
2760 Aurora Ave # 100
Naperville,  IL  60540


WAYPOINT HOMES
4010 W Boy Scout Blvd # 580
Tama, FL  33607



COLFIN AI-TX 1 LLC
2450 BROADWAY, 6TH FLOOR
SANTA MONICA, CA  90404-3570

COLFIN AI-TX 1, LLC
515 S FLOWER ST
LOS ANGELES, CA  90071
**Better Business Bureau**
info@bbbhou.org
jshoemaker@bbbhou.org
eanderson@bbbhou.org
abeasley@bbbhou.org
kbill@bbbhou.org
vcartwright@bbbhou.org
mduplechian@bbbhou.org
amartin@bbbhou.org
rmckissack@bbbhou.org
dsmith@bbbhou.org
nputscher@bbbhou.org
lburch@bbbhou.org
kcalcote@bbbhou.org
lcarroll@bbbhou.org
tebanks@bbbhou.org
rbarer@bbbhou.org
dsalinas@bbbhou.org
styler@bbbhou.org

**Houston Chronicle (Breaking News)**
713-362-7491
news@chron.com
Houston Chronicle
P.O. Box 4260 Houston, TX  77210


**CBS NEWS**
**BREAKING NEWS TIP; (713) 521-4388**
**KHOU 11 INVESTIGATES:  (713)  521-HELP**
**DIGITAL NEWS DESK:  (713) 284-8720**
**RECEPTION DESK: (713) 526-1111**

**ABC NEWS**
**KTRK TV**
**3310 Bissonnet**
**Houston, TX  77005**
**713-666-0713**
**FAX  713-663-4648**

**NBC NEWS**
**8181 SOUTHWEST FRE4EWAY HOUSTON, TX  77074**
**KPRC TV PO BOX  222 HOUSTON, TX  77252-2222**


**WASHINGTON POST**
**202-334-6000**
**800-627-1150**
**THE WASHING POST**
**1301 K STREET NW**
**WASHINGTON DC  20071**


**ASSOCIATED PRESS**
**877-836-9477 (USA)**

**US ATTORNEY GENERAL**
**FEDERAL GOVERNMENT OFFICE**
**HOUSTON, TX  713-567-9000**

**ATTORNEY GENERAL – CONSUMER PROTECTION DIVISION / GOV. OFFICE**
**HOUSTON, TX  713-223-5886**

**THE ATTORNEY GENERAL OF TEXAS – KEN PAXTON**

**LEGAL SERVICES**
**HOUSTON, TEXAS  713-973-4300**


**WERRINGTON HOA**
**drake@hooverslovaek.com**
**ballases@hooveerslovacek.com**
**cpickett@hooverslovecek.com**
**pickford@hooverslovacek.com**
**legendhomescorp@gmail.com**

# EXHIBIT B

## Homeowner Complaint   (SECOND NOTICE)

Larry & Barbara Ford
3527 Maris Way
Humble, Texas  77338
281-636-0317

## August 20, 2018

Werrington Homeowners Association Inc.
Spectrum Association Management
16690 Park Row Dr. Houston Tx 77084
281-343-9178
Atnn:
Kathyrn Crow – Site Manager
Megan Thayer
David Wilkinson
Alana Jimenez
Bart Jones
Sonia Lecompte
Troy Lively
Toni Ryan

'NEW HOMES for RENT' owners and managers have converted our once Dream Home into an apartment parking and living nightmare.  I'm sure you are aware that in most apartment complexes its parking on a first come first serve basis.  In other words, park wherever you can.   Our home is not an apartment.  Its common knowledge that if we were a white middle class family our home would never be subjected to such disrespect and defacement of property.  **Please see attachment or photos.**

We are afraid for our lives.  We are afraid to go outdoors.  Yes, we would gladly except a $400,000. refund to move to a safe a respectable place.
Two of your tenants of 3526 Maris Way used a hand gun to threatened us.  They pointed their guns directly at us but fired into the ground.  This is a nightmare.  The police were called immediately.

We have to wait sometimes days or hours for them to move their vehicles before our lawn can be mowed or watered.  **These are your tenants**.  Short of a restraining order, please
get it over to them that they are not to park in front of our home or threatened us with guns or violence.
Sincerely,

**Larry & Barbara Ford**
**281-636-0317**

Larry & Barbara Ford
3527 Maris
Humble, Texas  77338
281-636-0317                         **August 20, 2018**

# Complaint (Home Owner)

## RE:  OVER CROWDED RENTAL HOMES
## LEADING TO OVERCROWED PARKING
### TOO MANY TENANTS AND VEHICLES PER ONE RENTAL HOME

3526 Maris Way
Humble, Txas  77338

Waypoint Homes – Colony Starwood Homes
Attn: Frederick Tuomi
8665 E. Hartford Drive
Scottsdale, AZ  85255
480-800-3300
1-855-224-5484

Ryan A. Berry
Barry S Sternlicht
Charles D. Young
Justin T. Chang



**Parked on lawn for over 24 hrs**



**Two trucks in front of lawn**

**Legend Home Builders**
<u>10410 Windermere Lakes Blvd.</u>
<u>Houston, TX 77065</u>
Toll Free: (866) 398-7898
Main: (281) 671-9000

Short of a full refund of our entire home and property investment we would like the decency and respect of 'New Homes for Rent' tenants not to park and obstruct the front of our home.  When we purchased our home over ten years ago it was an honest

investment now turned into an almost unlivable nightmare in the name of unsafe, violent, unfriendly, disrespectful rental tenants just across the street.

We were sold this property under contract.  Mr. Dave, representative of Legend Home Builders sold us this home at 3527 Maris Way under contract and promised, "There will be no apartment complex or business (Industrial Buildings) in front of our home. Only homes for sale."  And now we are asking that the 'New Homes for Rent' tenants please not park their trucks, cars, in front of our home.

A full size pick-up truck,  are constantly blocking the
view and parking in front of our home.  They exit their vehicle on our lawn  converting a piece of our lawn into a trail of dead grass.  We make an extra effort to keep our lawn and home maintained according to HOA standards..

How does an HOA (We have proof)  descend from requesting us to trim our trees, and lawn to allowing 'New Homes for Rent' tenants to deface our property with transportation trucks, large vehicles, cars, and trucks.  **'New Homes for Rent'** as they advertise were not a part of our home purchasing agreement as new home owners. We would sincerely like to know if there is in existence a real HOA and
is this a legitimate organization? And who really owns these properties?  Is Legend Home Builders are Castle Rock Home Builders a part of the Triton 'New Homes for Rent' scheme?  We would like to know who gave authorization to construct these 'New Homes for Rent' scams.  Most 'New Home for Rent' tenants have been moving in and out of these structures on average every one to two years.  And each new tenant is worse than the last.

This is Fraud.  This is Home Builder and HOA fraud.  Fraudulent on many, many levels. Now, we have proof.  Our HOA (WERRINGTON SUBDIVISION) sent us a threatening letter threatening to foreclose our home years ago and another letter (over 10 pages) stating that they have every right to make a profit according to Texas Law, and that the law was on their side. In their words they have every legal right to promote the **SCAM** **'New Homes for Rent'**.  Short of a full refund on our investment we are simply requesting that you ask the 'New Homes for Rent' tenants at **3526 Maris Way**,
**Maris Way** (Waypoint Home Rentals not to park their trucks and cars in
front of our property).  We have spoken to other home owners in the Werrington Subdivision and they concur that something has to be done.  To start, issuing a policy that the 'New Homes for Rent' tenants park on the side of the street nearest their

homes and no trucks should be allowed to obstruct the two lane streets.

It is most unacceptable to expect homeowners to tolerate not only the living conditions of the 'New Homes for Rent' tenants but daily removing dog feces from our lawn.  This is overwhelming.  These tenants allow their dogs to do this shockingly as we are looking and witnessing.  Shouting "No. No!" to them has done little to stop this.  Please address this issue.  We did not invest our life saving for this.

Subjectively, the Werrington Subdivision 'New Homes for Rent' tenants' behavior has all the hallmarks of a Black and White component.  For example, the White 'New Homes for Rent' tenants are parking their vehicles in front of property of only Black Home Owners.  Obviously the White 'New Homes for Rent' tenants are making a clear statement that they have no intentions of respecting Black Home Owners' property.  We don't believe Legend, (HOA of the Werrington Subdivision) would have sold these homes to White families and then boldly construct  massive rentals just across the street. And now more than 85 percent of the neighborhood is 'New Homes for Rent' tenants.  The value of our once valuable home has plummeted.  This is a living home owners' NIGHTMARE.

 Please respond ASAP.

Sincerely,

Larry & Barbara Ford
3527 Maris Way
Humble, Texas  77338
281-636-0317

It is apparent that the 'Homes for Rent' owners and home rental management were hoping that the landlord-tenant abuse of homeowners would resolve itself or simply disappear. It hasn't. It has gotten worse. The wait and see what happens approach is irresponsible of both property owners and management. There are now additional vehicles including a flatbed impeding not only our home and family members' parking but a constant double parking nightmare.

Would you please consider a full refund for our home and property.

**TEXAS APARTMENT ASSOCIATION**
**Chris Newton**
Executive Vice President

Texas Apartment Association
1011 San Jacinto Blvd., Suite 600
Austin, TX 78701-1951
Phone: 512.479.6252
FAX: 512.479.6291

**Federal Trade Commission**
**Headquarters**
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2222
**Constitution Center**
Federal Trade Commission
400 7th St., SW
Washington, DC 20024
Telephone: (202) 326-2222

**HUD**
U.S. Department of Housing and Urban Development
451 7th Street S.W.,
Washington, DC 20410
Telephone: (202) 708-1112

Washington, DC 20410
Telephone: (202) 708-1112

## Texas Realtor Association
**512-480-8200**
Monday-Friday, 8:30 a.m.-5 p.m. Central
info@texasrealtors.com

1115 San Jacinto Blvd., Ste. 200
Austin, TX 78701-1906

ɬ

## Better Business Bureau
**BBB of South Texas**
Dolores Salinas, President

956-968-3678
502 East Expressway 83 Suite C

Weslaco, TX 78596

## Houston Chronicle
**Breaking News**
 (713) 362-7491
news@chron.com
Houston Chronicle
P.O. Box 4260 Houston, TX 77210

713-362-7211

## CBS NEWS
Breaking News Tip: (713) 521-4388
KHOU 11 Investigates: (713) 521-HELP
Digital News Desk: (713) 284-8720
Reception Desk: (713) 526-1111

**ABC NEWS**
KTRK TV
3310 Bissonnet
Houston, TX 77005
Phone Number: 713-666-0713
Fax Number: 713-663-4648

**NBC NEWS**
8181 Southwest Freeway Houston, TX 77074

KPRC TV PO Box 2222 Houston, TX 77252-2222

**Washington Post**

202.334.6000 or 800.627.1150.

The Washington Post, 1301 K Street NW, Washington DC 20071

Associated Press
**877.836.9477 (U.S.)**

**US Attorney General**
<u>United States Attorney</u>
Federal Government Office
Houston, TX · (713) 567-9000

Attorney General--Consumer Protection Division
Government Office
Houston, TX · (713) 223-5886

The Attorney General Of Texas Ken Paxton
Legal Services
Houston, TX · (713) 973-4300

# EXHIBIT C

Larry & Barbara Ford
3527 Maris
Humble, Texas  77338
281-636-0317

# June 25, 2017

# RE:  OVER CROWDED RENTAL HOMES
# LEADING TO OVERCROWED PARKING
## TOO MANY TENANTS AND VEHICLES PER ONE RENTAL HOME

(1)  3526 Maris Way
Humble, Txas  77338

(2)  3518 Maris Way
Humble, Texas  77338

# Complaint (Home Owner)

It is apparent that the 'Homes for Rent' owners and home rental management were hoping that the landlord-tenant abuse of homeowners would resolve itself or simply disappear.  It hasn't.  It has gotten worse.  The wait and see what happens approach is irresponsible of both property owners and management.  There are now additional vehicles including a flatbed impeding not only our home and family members' parking but a constant double parking nightmare.

Would you please consider a full refund for our home and property.

**TEXAS APARTMENT ASSOCIATION**

# Chris Newton
Executive Vice President
chris@taa.org

Texas Apartment Association
1011 San Jacinto Blvd., Suite 600
Austin, TX 78701-1951
Phone: 512.479.6252
FAX: 512.479.6291

**Federal Trade Commission**
**Headquarters**
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2222
**Constitution Center**
Federal Trade Commission
400 7th St., SW
Washington, DC 20024
Telephone: (202) 326-2222

**HUD**
**U.S. Department of Housing and Urban Development**
**451 7th Street S.W.,**
**Washington, DC 20410**
**Telephone: (202) 708-1112**

**Texas Realtor Association**
**512-480-8200**
Monday-Friday, 8:30 a.m.-5 p.m. Central
info@texasrealtors.com

1115 San Jacinto Blvd., Ste. 200
Austin, TX 78701-1906

**Better Business Bureau**
**BBB of South Texas**
Dolores Salinas, President

dsalinas@bbbhou.org
 956-968-3678
502 East Expressway 83 Suite C

Weslaco, TX 78596

**Houston Chronicle**
**Breaking News**
 (713) 362-7491
news@chron.com
Houston Chronicle
P.O. Box 4260 Houston, TX 77210

713-362-7211

**CBS NEWS**
- Breaking News Tip: (713) 521-4388
- KHOU 11 Investigates: (713) 521-HELP
- Digital News Desk: (713) 284-8720
- Reception Desk: (713) 526-1111

**ABC NEWS**
KTRK TV
3310 Bissonnet
Houston, TX 77005
Phone Number: 713-666-0713
Fax Number: 713-663-4648

**NBC NEWS**

8181 Southwest Freeway Houston, TX 77074

KPRC TV PO Box 2222 Houston, TX 77252-2222

# Washington Post

202.334.6000 or 800.627.1150.

The Washington Post, 1301 K Street NW, Washington DC 20071

Associated Press
**877.836.9477 (U.S.)**

**US Attorney General**
<u>United States Attorney</u>
Federal Government Office
Houston, TX · (713) 567-9000

Attorney General--Consumer Protection Division
Government Office
Houston, TX · (713) 223-5886

The Attorney General Of Texas Ken Paxton
Legal Services
Houston, TX · (713) 973-4300

**Legend Home Builders**
<u>10410 Windermere Lakes Blvd.</u>
<u>Houston, TX 77065</u>
Toll Free: (866) 398-7898
Main: (281) 671-9000
Short of a full refund of our entire home and property investment we would like the decency and respect of 'New Homes for Rent' tenants not to park and obstruct the front of our home.  When we purchased our home over ten years ago it was an honest investment now turned into an almost unlivable nightmare in the name of unsafe, violent, unfriendly, disrespectful rental tenants just across the street.

We were sold this property under contract.  Mr. Dave, representative of Legend Home Builders sold us this home at 3527 Maris Way under contract and promised, "There will be no apartment complex or business (Industrial Buildings) in front of our home. Only homes for sale."  And now we are asking that the 'New Homes for Rent' tenants please not park their trucks, cars, or flatbed trucks in front of our home.

A full size pick-up truck, an 18 wheeler, and flatbed trailer are constantly blocking the view and parking in front of our home.  They exit their vehicle on our lawn  converting a piece of our lawn into a trail of dead grass.  We make an extra effort to keep our lawn and home maintained according to HOA standards..

How does an HOA (We have proof)  descend from requesting us to trim our trees, and lawn to allowing 'New Homes for Rent' tenants to deface our property with transportation trucks, large vehicles, cars, and trucks.  **New Homes for Rent'** as they advertise were not a part of our home purchasing agreement as new home owners. We would sincerely like to know if there is in existence a real HOA and
is this a legitimate organization? And who really owns these properties?  Is Legend Home Builders are Castle Rock Home Builders a part of the Triton 'New Homes for Rent' scheme?  We would like to know who gave authorization to construct these 'New Homes for Rent' scams.  Most 'New Home for Rent' tenants have been moving in and out of these structures on average every one to two years.  And each new tenant is worse than the last.
This is Fraud.  This is Home Builder and HOA fraud.  Fraudulent on many, many levels. Now, we have proof.  Our HOA (WERRINGTON SUBDIVISION) sent us a threatening letter threatening to foreclose our home years ago and another letter (over 10 pages) stating that they have every right to make a profit according to Texas Law, and that the law was on their side. In their words they have every legal right to promote the **SCAM 'New Homes for Rent'**.   Short of a full refund on our investment we are simply requesting that you ask the 'New Homes for Rent' tenants at **3526 Maris Way**, and **3518 Maris Way** (Waypoint Home Rentals not to park their 18 wheelers, trucks and cars in front of our property).   We have spoken to other home owners in the Werrington Subdivision and they concur that something has to be done.  To start, issuing a policy that the 'New Homes for Rent' tenants park on the side of the street

nearest their homes and no 18 or 16 wheeler trucks should be allowed to obstruct the two lane streets.

It is most unacceptable to expect homeowners to tolerate not only the living conditions of the 'New Homes for Rent' tenants but daily removing dog feces from our lawn. This is overwhelming. These tenants allow their dogs to do this shockingly as we are looking and witnessing. Shouting "No. No!" to them has done little to stop this. Please address this issue. We did not invest our life saving for this.

Subjectively, the Werrington Subdivision 'New Homes for Rent' tenants' behavior has all the hallmarks of a Black and White component. For example, the White 'New Homes for Rent' tenants are parking their vehicles in front of property of only Black Home Owners. Obviously the White 'New Homes for Rent' tenants are making a clear statement that they have no intentions of respecting Black Home Owners' property. We don't believe Legend, (HOA of the Werrington Subdivision) would have sold these homes to White families and then boldly construct  massive rentals just across the street. And now more than 85 percent of the neighborhood is 'New Homes for Rent' tenants.  The value of our once valuable home has plummeted.  This is a living home owners' NIGHTMARE.

 Please respond ASAP.

Sincerely,

Larry & Barbara Ford
3527 Maris Way
Humble, Texas  77338
281-636-0317

# EXHIBIT D

















# EXHIBIT E















# EXHIBIT F

## WERRINGTON SUB DIVISION (RENTAL HOMES)

## HARRIS COUNTY APPRAISAL DISTRICT **( PARTIAL LIST)**

## HOMES OWNED BY AMERICAN HOMES FOR RENT

Your search for **owner name : AMERICAN HOMES** in tax year : [2020] returned **1086** record(s).

| | | | | | |
|---|---|---|---|---|---|
| 1274730040001 | AMERICAN HOMES 4 RENT | 21630 MICHEALA WAY   WERRINGTON | 77338 | 1,412 | Pending |
| 1274730040002 | AMERICAN HOMES 4 RENT | 21626 MICHEALA WAY    WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040003 | AMERICAN HOMES 4 RENT | 21622 MICHEALA WAY    WERRINGTON | 77338 | 1,752 | Pending |
| 1274730040004 | AMERICAN HOMES 4 RENT | 21618 MICHEALA WAY     WERRINGTON | 77338 | 2,060 | Pending |
| 1274730040005 | AMERICAN HOMES 4 RENT | 21614 MICHEALA WAY   WERRINGTON | 77338 | 1,991 | Pending |
| 1274730040006 | AMERICAN HOMES 4 RENT | 21610 MICHEALA WAY  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040007 | AMERICAN HOMES 4 RENT | 21606 MICHEALA WAY WERRINGTON | 77338 | 1,455 | Pending |
| 1274730040008 | AMERICAN HOMES 4 RENT | 21602 MICHEALA WAY  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730040009 | AMERICAN HOMES 4 RENT | 21550 MICHEALA WAY  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730030085 | AMERICAN HOMES 4 RENT | 21503 DONATA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730030086 | AMERICAN HOMES 4 RENT | 21507 DONATA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730030087 | AMERICAN HOMES 4 RENT | 21511 DONATA CIR  WERRINGTON | 77338 | 2,060 | Pending |
| 1274730030089 | AMERICAN HOMES 4 RENT | 21519 DONATA CIR  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730030090 | AMERICAN HOMES 4 RENT | 21523 DONATA CIR  WERRINGTON | 77338 | 1,455 | Pending |
| 1274730030091 | AMERICAN HOMES 4 RENT | 21603 DONATA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730030092 | AMERICAN HOMES 4 RENT | 21607 DONATA CIR  WERRINGTON | 77338 | 1,432 | Pending |
| 1274730030093 | AMERICAN HOMES 4 RENT | 21611 DONATA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730030017 | AMERICAN HOMES 4 RENT | 3403 MARIS WAY  WERRINGTON | 77338 | 1,440 | Pending |
| 1274730030018 | AMERICAN HOMES 4 RENT | 3407 MARIS WAY  WERRINGTON | 77338 | 1,211 | Pending |
| 1274730030019 | AMERICAN HOMES 4 RENT | 3411 MARIS WAY  WERRINGTON | 77338 | 1,715 | Pending |
| 1274730030020 | AMERICAN HOMES 4 RENT | 3415 MARIS WAY  WERRINGTON | 77338 | 1,385 | Pending |
| 1274730030021 | AMERICAN HOMES 4 RENT | 3419 MARIS WAY  WERRINGTON | 77338 | 1,854 | Pending |
| 1274730030010 | AMERICAN HOMES 4 RENT | 21526 ORNELLA CIR  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730040028 | AMERICAN HOMES 4 RENT | 21527 ORNELLA CIR  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730040034 | AMERICAN HOMES 4 RENT | 21619 ORNELLA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730040035 | AMERICAN HOMES 4 RENT | 21623 ORNELLA CIR  WERRINGTON | 77338 | 2,060 | Pending |
| 1274730040036 | AMERICAN HOMES 4 RENT | 21627 ORNELLA CIR  WERRINGTON | 77338 | 1,844 | Pending |
| 1274730040037 | AMERICAN HOMES 4 RENT | 21631 ORNELLA CIR  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730040038 | AMERICAN HOMES 4 RENT | 21630 NELLA CIR  WERRINGTON | 77338 | 1,991 | Pending |
| 1274730040039 | AMERICAN HOMES 4 RENT | 21626 NELLA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040040 | AMERICAN HOMES 4 RENT | 21622 NELLA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730040041 | AMERICAN HOMES 4 RENT | 21618 NELLA CIR  WERRINGTON | 77338 | 2,060 | Pending |
| 1274730040042 | AMERICAN HOMES 4 RENT | 21614 NELLA CIR  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730040043 | AMERICAN HOMES 4 RENT | 21610 NELLA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730040044 | AMERICAN HOMES 4 RENT | 21606 NELLA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040045 | AMERICAN HOMES 4 RENT | 21602 NELLA CIR  WERRINGTON | 77338 | 1,991 | Pending |
| 1274730040046 | AMERICAN HOMES 4 RENT | 21522 NELLA CIR  WERRINGTON | 77338 | 1,455 | Pending |

| | | | | | |
|---|---|---|---|---|---|
| 1274730040030 | AMERICAN HOMES 4 RENT | 21603 ORNELLA CIR  WERRINGTON | 77338 | 1,455 | Pending |
| 1274730040048 | AMERICAN HOMES 4 RENT | 21514 NELLA CIR  WERRINGTON | 77338 | 1,812 | Pending |
| 1274730040049 | AMERICAN HOMES 4 RENT | 21510 NELLA CIR  WERRINGTON | 77338 | 2,060 | Pending |
| 1274730040050 | AMERICAN HOMES 4 RENT | 21506 NELLA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040056 | AMERICAN HOMES 4 RENT | 21519 NELLA CIR  WERRINGTON | 77338 | 1,124 | Pending |
| 1274730040057 | AMERICAN HOMES 4 RENT | 21523 NELLA CIR  WERRINGTON | 77338 | 1,775 | Pending |
| 1274730040058 | AMERICAN HOMES 4 RENT | 21603 NELLA CIR  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730040059 | AMERICAN HOMES 4 RENT | 21607 NELLA CIR  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730040060 | AMERICAN HOMES 4 RENT | 21611 NELLA CIR  WERRINGTON | 77338 | 1,455 | Pending |
| 1274730040061 | AMERICAN HOMES 4 RENT | 21615 NELLA CIR  WERRINGTON | 77338 | 1,991 | Pending |
| 1274730040062 | AMERICAN HOMES 4 RENT | 21619 NELLA CIR  WERRINGTON | 77338 | 1,775 | Pending |
| 1274730040063 | AMERICAN HOMES 4 RENT | 21623 NELLA CIR  WERRINGTON | 77338 | 1,455 | Pending |
| 1274730040064 | AMERICAN HOMES 4 RENT | 21627 NELLA CIR  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730040065 | AMERICAN HOMES 4 RENT | 21631 NELLA CIR  WERRINGTON | 77338 | 1,412 | Pending |
| 1274730050001 | AMERICAN HOMES 4 RENT | 3314 MARIS WAY  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730050002 | AMERICAN HOMES 4 RENT | 3318 MARIS WAY  WERRINGTON | 77338 | 1,854 | Pending |
| 1274730050003 | AMERICAN HOMES 4 RENT | 3322 MARIS WAY  WERRINGTON | 77338 | 1,998 | Pending |
| 1274730050004 | AMERICAN HOMES 4 RENT | 3326 MARIS WAY  WERRINGTON | 77338 | 1,986 | Pending |
| 1274730040052 | AMERICAN HOMES 4 RENT | 21503 NELLA CIR  WERRINGTON | 77338 | 1,775 | Pending |
| 1274730040054 | AMERICAN HOMES 4 RENT | 21511 NELLA CIR  WERRINGTON | 77338 | 2,060 | Pending |
| 1274730050009 | AMERICAN HOMES 4 RENT | 3406 MARIS WAY  WERRINGTON | 77338 | 1,854 | Pending |
| 1274730050010 | AMERICAN HOMES 4 RENT | 3410 MARIS WAY WERRINGTON | 77338 | 1,964 | Pending |
| 1274730050011 | AMERICAN HOMES 4 RENT | 3414 MARIS WAY  WERRINGTON | 77338 | 1,986 | Pending |
| 1274730050034 | AMERICAN HOMES 4 RENT | 3622 MARIS WAY  WERRINGTON | 77338 | 1,854 | Pending |
| 1274730050036 | AMERICAN HOMES 4 RENT | 3630 MARIS WAY  WERRINGTON | 77338 | 1,986 | Pending |
| 1274730060036 | AMERICAN HOMES 4 RENT | 3319 FIORELLA WAY WERRINGTON | 77338 | 2,380 | Pending |
| 1274730060044 | AMERICAN HOMES 4 RENT | 21631 MICHEALA WAY WERRINGTON | 77338 | 1,991 | Pending |
| 1274730060045 | AMERICAN HOMES 4 RENT | 21627 MICHEALA WAY WERRINGTON | 77338 | 1,960 | Pending |
| 1274730060047 | AMERICAN HOMES 4 RENT | 21619 MICHEALA WAY WERRINGTON | 77338 | 1,775 | Pending |
| 1274730060048 | AMERICAN HOMES 4 RENT | 21615 MICHEALA WAY WERRINGTON | 77338 | 1,496 | Pending |
| 1274730060056 | AMERICAN HOMES 4 RENT | 21535 MICHEALA WAY WERRINGTON | 77338 | 1,412 | Pending |
| 1274730060057 | AMERICAN HOMES 4 RENT | 21531 MICHEALA WAY WERRINGTON | 77338 | 1,455 | Pending |
| 1274730060059 | AMERICAN HOMES 4 RENT | 21523 MICHEALA WAY WERRINGTON | 77338 | 1,833 | Pending |
| 1274730060060 | AMERICAN HOMES 4 RENT | 21519 MICHEALA WAY WERRINGTON | 77338 | 1,986 | Pending |
| 1274730060065 | AMERICAN HOMES 4 RENT | 3308 MARIS WAY  WERRINGTON | 77338 | 1,964 | Pending |
| 1274730060062 | AMERICAN HOMES 4 RENT | 3302 MARIS WAY  WERRINGTON | 77338 | 1,986 | Pending |
| 1274730060063 | AMERICAN HOMES 4 RENT | 3304 MARIS WAY  WERRINGTON | 77338 | 1,833 | Pending |